IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOE WESLEY O'NEAL                                            PETITIONER

V.                                         CIVIL ACTION NO.: 1:17CV22-SA-RP

JACQUELYN BANKS                                       RESPONDENT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Court **GRANTS** Respondent's "Motion to Dismiss Pursuant to § 2244(d)" [9] and **DISMISSES** with prejudice the petition filed in this cause. A certificate of appealability is **DENIED**.

**SO ORDERED** this the 25th day of April, 2017.

                                                               /s/ Sharion Aycock
                                                                **U.S. DISTRICT JUDGE**